# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

United States Magistrate Judge

Clerk's Minutes – Initial

| | | | | | |
|---|---|---|---|---|---|
| Date: | 7/6/2016 | Case Number: | CR 16-2932 JB | | |
| Case Title: USA v. | London Brown | Liberty: | Gila @ | 4:39 pm | |
| Courtroom Clerk: | E. Romero | Total Time: | 5 minutes | | |
| Probation/Pretrial: | A. Candelaria | Interpreter: | n/a | | |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Jim Tierney | Defendant: | Pro-Se |

PROCEEDINGS:

| | |
|---|---|
| ☒ | Defendant Sworn |
| ☒ | Defendant received copy of charging document |
| ☒ | Defendant advised of rights and penalties |
| ☒ | Defendant wants Court appointed counsel |
| ☒ | Government moves to detain |
| ☒ | Defendant remanded to the custody of the United States Marshal's Service |

| | | | | |
|---|---|---|---|---|
| ☒ | Arraignment/Detention | Rio Grande Courtroom | 7/11/2016 | @ 2:00 pm |
| ☐ | Other: | | | |